No. 73–574.   FARRELL v. IOWA.   Appeal from Sup. Ct. Iowa.   Judgment vacated and case remanded for further consideration in light of *Spence* v. *Washington, ante*, p. 405.   THE CHIEF JUSTICE, MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE REHNQUIST dissent and, without further briefing and oral argument,

would affirm the judgment.